IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO.: 4:21-CR-70 |
| ) | |
| BYRON BOOKER ) | |
| ) | |
| JORDAN BROWN ) | |

## ORDER

This cause came before the Court on April 14, 2021 for an arraignment, which proceeding was followed by a discussion of discovery and scheduling matters. Upon the Government's *ore tenus* motion to declare this case "complex" based on the volume and complexity of discovery, as well as the potential for death penalty proceedings, the Court requested a written motion.

After careful consideration of the Government's Unopposed Motion to Declare Case Complex, doc. 34, the motion is **GRANTED** for the reasons stated therein. The period of delay between the filing of the motion until trial, absent further order of this Court, is excludable time under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(b)(ii). The interests of justice served by granting this period of delay outweigh any interest of the public or the Defendants in a speedy trial.

**SO ORDERED** this 19th day of April 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA