UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO: 4:21-CR-70 |
| | ) | |
| BYRON BOOKER | ) | |
| | ) | |
| JORDAN BROWN | ) | |

# SCHEDULING ORDER

Pursuant to the Court's instructions, the parties submitted a motion for joint scheduling order. That motion is **GRANTED**. Doc. 63. The Court has considered the parties' submission and adopts the proposed deadlines as follows:

| DATE | DEADLINE |
|---|---|
| August 1, 2021 | -- Government's Motion for Reciprocal Discovery |
| September 1, 2021 | -- Defendants' Delivery of Reciprocal Discovery to Government[+]<br><br>[+]Discovery from both parties to be provided on a rolling basis hereafter unless otherwise ordered. |
| October 1, 2021 | -- Defendants' Notice of Insanity Defense and/or Expert Evidence of a Mental Condition Pursuant to Fed.R.Crim.P. 12.2(a)-(b) |
| October 15, 2021 | -- Defendants' Notice of Alibi Defense Pursuant to Fed.R.Crim.P. 12.1<br><br>-- Government's Request for Mental Examination Pursuant to Fed.R.Crim.P. 12.2(c)(1)(B) |
| December 2, 2021 | -- Defendants' Submission of Evidence in Mitigation to U.S. Attorney's Office |

| | |
|---|---|
| December 9, 2021 | -- Government's Submission to DOJ of Memorandum and U.S. Attorney Recommendation re: Death Penalty |
| January 6, 2022 | -- Government's Notice Pursuant to Fed.R.Evid. 702 and Fed.R.Crim.P. 16(a)(1)(G) |
| February 7, 2022 | -- Defendants' Notice Pursuant to Fed.R.Evid. 702 and Fed.R.Crim.P. 16(b)(1)(C) |
| February 21, 2022 | -- Government's Supplemental Expert Notice Pursuant to Fed.R.Evid. 702 and Fed.R.Crim.P. 16(a)(1)(G) |
| March 21, 2022 | -- Parties' Notice Pursuant to Fed.R.Evid. 404(b), 609, 807 and 902<br><br>-- Motions for Judicial Notice<br><br>-- Trial Stipulations |
| April 1, 2022 | -- Government's Notice of Intent to Seek or Not Seek Death Penalty |
| May 1, 2022 | -- Motions Pursuant to Fed.R.Crim.P. 12(b)(3) |
| June 1, 2022 | -- Responses to Motions Filed Pursuant to Fed.R.Crim.P. 12(b)(3) |

The Court also adopts the parties' proposals for tentative deadlines for pretrial procedures. If the U.S. Attorney General elects to seek the death penalty, the Court will revisit the remainder of this scheduling order with the parties to address motions pertaining to capital punishment. Although the deadlines are tentative, as they are calculated based on the days before an as-yet-undetermined trial date, the Court emphasizes that they are purely provisional and subject to modification at the discretion of the District Judge. The tentative pretrial deadlines are adopted as

follows:

| | |
|---|---|
| Trial-120**\*** | -- Pretrial Motions *in Limine* |
| Trial-106 | -- Responses to Motions *in Limine* |
| Trial-99 | -- Replies in Support of Motions *in Limine* |
| Trial-90 | -- Hearing on Motions *in Limine* and Pretrial Admission of Evidence |
| Trial-30 | -- Supplemental Hearing on Pretrial Admission of Evidence, if Needed<br><br>-- Additional Stipulations |
| Trial-21 | -- Proposed Voir Dire and Jury Instructions<br><br>-- Remaining *Giglio*/*Jencks*/Fed.R.Crim.P. 26.2 Disclosures |
| Trial-14 | -- Objections to Proposed Voir Dire and Jury Instructions |
| Trial-8 | -- Trial Memoranda (if needed)<br><br>-- Parties' witness and exhibit lists emailed to Courtroom Deputy (in PDF and Word formats)<br><br>-- Parties' trial exhibits in electronic format (on USB drive) to Courtroom Deputy |
| Trial-7 | -- Pretrial Conference |
| Trial | -- **Trial** |

Since this case has been previously designated complex, the statutory time limits imposed by 18 U.S.C. § 3161 for pretrial proceedings are tolled. Doc. 36.

**SO ORDERED,** this 30th day of April 2021.

*/s/ Christopher L. Ray*
_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA