UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | SUPERSEDING INDICTMENT NO. |
| | ) | |
| v. | ) | 4:21-cr-70-RSB-CLR |
| | ) | |
| BYRON BOOKER | ) | 18 U.S.C. § 1513(f) |
| | ) | Conspiracy to Retaliate Against a |
| | ) | Witness |
| | ) | |
| | ) | 18 U.S.C. § 1513(a)(1)(A) |
| | ) | Retaliation Against a Witness |
| | ) | |
| | ) | 18 U.S.C. § 13, O.C.G.A. § 16-7-1(b) |
| | ) | Burglary |
| | ) | |
| | ) | 18 U.S.C. § 1111 |
| | ) | Felony Murder |
| | ) | |
| | ) | 18 U.S.C. § 1114 |
| | ) | Murder of a Member of the United |
| | ) | States Uniformed Services |
| | ) | |
| | ) | 18 U.S.C. § 1111 |
| | ) | Premeditated Murder |
| | ) | |
| | ) | Notice of Special Findings |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Conspiracy to Retaliate Against a Witness*
18 U.S.C. § 1513(f)

On or about June 13-17, 2020, in Liberty County, in the Southern District of Georgia, on Fort Stewart Military Reservation, the defendant,

### BYRON BOOKER,

did knowingly and intentionally combine, conspire, confederate and agree with JORDAN BROWN to cause bodily injury to and damage the tangible property of U.S. Army Specialist Austin J. Hawk, with the intent to retaliate against Specialist Hawk for providing a record and document in an official proceeding, that is, a Preliminary Inquiry as required by Rule for Courts-Martial 303, regarding JORDAN BROWN's use of controlled substances.

All in violation of Title 18 U.S.C. Sections 1513(f) and 1513(b)(1).

## COUNT TWO
*Retaliation Against a Witness*
18 U.S.C. § 1513

On or about June 16-17, 2020, in Liberty County, in the Southern District of Georgia, on Fort Stewart Military Reservation, the defendant,

**BYRON BOOKER,**

did kill U.S. Army Specialist Austin J. Hawk with the intent to retaliate against Specialist Hawk for providing a record and document in an official proceeding, that is, a Preliminary Inquiry as required by Rule for Courts-Martial 303, regarding JORDAN BROWN's use of controlled substances.

All in violation of Title 18, United States Code, Section 1513(a)(1)(A).

## COUNT THREE
*Burglary of a Dwelling*
O.C.G.A. § 16-7-1(b) and 18 U.S.C. §§ 7, 13

On or about June 16-17, 2020, in Liberty County, in the Southern District of Georgia, on Fort Stewart Military Reservation, a place within the special territorial jurisdiction of the United States, the defendant,

### BYRON BOOKER,

did, without authority and with the intent to commit a felony therein, enter and remain within an occupied dwelling, that is, Building 3006, Room 208, which was then the barracks room of U.S. Army Specialist Austin J. Hawk.

All in violation of Title 18, United States Code, Sections 7, 13 and 111 and O.C.G.A. § 16-7-1(b).

## COUNT FOUR
*Felony Murder*
18 U.S.C. § 1111

On or about June 16-17, 2020, in Liberty County, in the Southern District of Georgia, on Fort Stewart Military Reservation, a place within the special territorial jurisdiction of the United States, the defendant,

## BYRON BOOKER,

did, with malice aforethought, unlawfully kill U.S. Army Specialist Austin J. Hawk by stabbing, cutting and slashing U.S. Army Specialist Austin J. Hawk with an edged weapon, while engaged in the knowing and willful perpetration of burglary in violation of O.C.G.A. § 16-7-1(b).

All in violation of Title 18, United States Code, Sections 7 and 1111 and O.C.G.A. § 16-7-1(b).

## COUNT FIVE
*Murder of a Member of the United States Uniformed Services*
18 U.S.C. § 1114

On or about June 16-17, 2020, in Liberty County, in the Southern District of Georgia, on Fort Stewart Military Reservation, the defendant,

**BYRON BOOKER,**

did, with premeditation and malice aforethought, unlawfully kill U.S. Army Specialist Austin J. Hawk, an employee of the United States and member of the United States uniformed services, on account of the performance of Hawk's official duties.

All in violation of Title 18, United States Code, Section 1114.

## COUNT SIX
*Premeditated Murder*
18 U.S.C. § 1111

On or about June 16-17, 2020, in Liberty County, in the Southern District of Georgia, on Fort Stewart Military Reservation, a place within the territorial jurisdiction of the United States, the defendant,

**BYRON BOOKER,**

willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill U.S. Army Specialist Austin J. Hawk, by stabbing, cutting and slashing Specialist Hawk with an edged weapon.

All in violation of Title 18, United States Code, Sections 7 and 1111.

## NOTICE OF SPECIAL FINDINGS

The Grand Jury further finds that:

Pursuant to the provisions of Chapter 228 (Sections 3591 through 3598) of Title 18 of the United States Code, the following factors exist regarding defendant **BYRON BOOKER,** and his commission of the offenses charged in Counts 2, 4, 5 and 6 of this indictment, that is, the murder of U.S. Army Specialist Austin J. Hawk, in violation of Title 18, United States Code, Sections 1513, 1114 and 1111, the allegations of which are fully re-alleged and incorporated herein by reference:

A. Statutory Factors Enumerated under Title 18, United States Code, Section 3591(a)(2)(A)-(D):

1. Age of the Defendant.

    a. The defendant, **BYRON BOOKER,** was 18 years of age or older at the time he committed the offense. Title 18, United States Code, Section 3591(a).

2. Mental State of the Defendant.

    a. The defendant, **BYRON BOOKER,** intentionally killed U.S. Army Specialist Austin J. Hawk. Title 18, United States Code, Section 3591(a)(2)(A).

    b. The defendant, **BYRON BOOKER,** intentionally inflicted serious bodily injury to U.S. Army Specialist Austin J. Hawk that resulted in Hawk's death. Title 18, United States Code, Section 3591(a)(2)(B).

    c. The defendant, **BYRON BOOKER**, intentionally and specifically engaged in an act of violence which he knew would create a grave risk of death to his victim, such that his participation in the act constituted a reckless disregard for human life and directly resulted in the death of his victim, U.S. Army Specialist Austin J. Hawk. Title 18, United States Code, Section 3591(a)(2)(D).

B. Statutory Factors enumerated under Title 18, United States Code, Section 3592(c):

1. Heinous, cruel, or depraved manner of committing offense, in that the defendant, **BYRON BOOKER,** committed the offense in an especially heinous, cruel, or depraved manner in that it involved torture or serious physical abuse to U.S. Army Specialist Austin J. Hawk. Title 18, United States Code, Section 3592(c)(6).

2. Substantial planning and premeditation, in that the defendant, **BYRON BOOKER,** committed the offense after substantial planning and premeditation to cause the death of U.S. Army Specialist Austin J. Hawk. Title 18, United States Code, Section 3592(c)(9).

C. Non-Statutory Factors to be considered under Title 18, United States Code, Section 3592(c):

1. Murder during the commission of another offense, that is, Burglary in violation of O.C.G.A. 16-7-1(b) and Retaliation Against a Witness in violation of 18 U.S.C. § 1513.

2. Lack of remorse, to include defendant **BYRON BOOKER's** response when asked "you don't feel anything for [Specialist Hawk]?" which was, "I mean no, not really."

3. Effect on U.S. Army Specialist Austin Hawk' family, to include the responsibility borne by U.S. Army Specialist Austin J. Hawk's mother to care for U.S. Army Specialist Austin J. Hawk's disabled older brother.

4. Effect upon the well-being, morale and security of Soldiers living on Fort Stewart, Georgia, in that the murder of U.S. Army Specialist Austin J. Hawk demoralized members of U.S. Army Specialist Austin J. Hawk's battalion and affected the battalion's operational readiness.



A True Bill.

_____  
David H. Estes  
Acting United States Attorney

_____  
Jennifer G. Solari  
Assistant United States Attorney  
Senior Litigation Counsel  
*Lead Counsel

_____  
Darron J. Hubbard  
Special Assistant United States Attorney

_____  
Frank Pennington  
Assistant United States Attorney