## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 4:21-CR-70** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BYRON BOOKER** | ) | |

### GOVERNMENT'S NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY

Now comes the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and states the following:

The government hereby gives notice to the Court and to defense counsel that it does not intend to seek the death penalty against Byron Booker.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Jennifer G. Solari*
Jennifer G. Solari
Assistant United States Attorney

22 Barnard Street, Suite 300
Savannah, Georgia 31401
Telephone: (912) 652-4422
Facsimile: (912) 652-4991
E-mail: darron.hubbard@usdoj.gov
Email: jennifer.solari@usdoj.gov

*/s/ Darron J. Hubbard*
Darron J. Hubbard
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 28th day of October 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Jennifer G. Solari*
Jennifer G. Solari
Assistant United States Attorney

22 Barnard Street, Suite 300
Savannah, Georgia 31401
Telephone: (912) 652-4422
Facsimile: (912) 652-4991
E-mail: darron.hubbard@usdoj.gov
Email: jennifer.solari@usdoj.gov

*/s/ Darron J. Hubbard*
Darron J. Hubbard
Assistant United States Attorney